PEOPLE *v.* JOSEPH SMITH. Appeal from Recorder's Court of Detroit, Henry L. Heading, J. Submitted Division 1 October 26,

1971, at Grand Rapids. (Docket No. 11288.) Decided November 30, 1971. Leave to appeal denied, 387 Mich 752.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Dominick R. Carnovale,* Chief, Appellate Department, and *Leonard Meyers,* Assistant Prosecuting Attorney, for the people.

*Arthur J. Tarnow,* State Appellate Defender, and *Daniel Seikaly,* Assistant Defender, for defendant on appeal.

Before: R. B. BURNS, P. J., and HOLBROOK and T. M. BURNS, JJ.

MEMORANDUM OPINION. Defendant was tried and convicted of having unlawful and carnal knowledge of a female under the age of 16 years and he appeals. A motion to affirm has been filed by the people.

Upon an examination of the briefs and record, it is manifest that the question sought to be reviewed is so unsubstantial as to need no argument or formal submission.

Motion to affirm is granted.